1  **WO**

2

3

4

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

8

9  Michael Goodfellow,        )    No. CV-12-1403-PHX-SMM
                             )

10          Plaintiff,     )

11 vs.                      )    **ORDER**

12 OneBeacon American Ins. Co.,   )

13         Defendant.   )

14 _____ )

15      Pending before the Court is the parties' Stipulation for Arbitration and Dismissal

16 Without Prejudice.  (Doc. 39.)  For good cause shown,

17      Accordingly,

18      **IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Arbitration

19 and Dismissal Without Prejudice upon the terms stated therein.  (Doc. 39.)

20      **IT IS FURTHER ORDERED** that the parties shall submit to binding arbitration

21 pursuant to the rules of the American Arbitration Association.

22      **IT IS FURTHER ORDERED** vacating the deadline of January 25, 2013 for the

23 filing of Plaintiff's Reply Brief as the issues raised in the briefing are moot.

24      **IT IS FURTHER ORDERED** dismissing this action without prejudice.

25      DATED this 30th day of January, 2013.

26

27                       Stephen M. McNamee

28                 Senior United States District Judge