**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Goodfellow, | ) | No. CV-12-1403-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| OneBeacon American Ins. Co., | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Arbitration and Dismissal Without Prejudice.  (Doc. 39.)  For good cause shown,

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Arbitration and Dismissal Without Prejudice upon the terms stated therein.  (Doc. 39.)

**IT IS FURTHER ORDERED** that the parties shall submit to binding arbitration pursuant to the rules of the American Arbitration Association.

**IT IS FURTHER ORDERED** vacating the deadline of January 25, 2013 for the filing of Plaintiff's Reply Brief as the issues raised in the briefing are moot.

**IT IS FURTHER ORDERED** dismissing this action without prejudice.

DATED this 30th day of January, 2013.

Stephen M. McNamee
Senior United States District Judge